IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTONIO M. ARCALA, | No. C 10-1488 CRB |
| | **ORDER DISMISSING APPEAL** |

Appellant has failed to complete the record on appeal with the clerk of the Bankruptcy Court by supplying a designation of record as required by Bankruptcy Rule 8006. The assigned bankruptcy judge has recommended that this appeal be dismissed. Pursuant to Rule 8007-1(c)(2) of the Local Rules of the United States District Court for the Northern District of California, this appeal is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: July 28, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1488\Order of Dismissal.wpd